AGNES DUNN, by JENNIE DUNN, Her Guardian ad Litem, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the amount of the verdict to $7,500, in which event the judgment as so modified is unanimously affirmed, without costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

JENNIE DUNN, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the amount of the verdict to $2,000, in which event the judgment as so modified is unanimously affirmed, without costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

BERNHARD JOHNSON, Respondent, v. ROBERT GABRECHT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

AUGUST OTTO, Respondent, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AUGUST STEIGERWALD, Relator, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.